JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIESEL U.S.A, INC.,<br><br>　　　　　Defendant. | Case No. CV 22-0774 FMO (Ex)<br><br>**ORDER DISMISSING ACTION** |

　　　　The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed a Notice of Settlement notifying the court that plaintiff has settled her claims with defendant. (See Dkt. 16, Notice of Settlement). Plaintiff states that the settlement is only as to plaintiff's individual claims, which will be dismissed with prejudice, and that it is without prejudice as to the class claims. (See id.).

　　　　Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby dismissed without prejudice. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within 45 days from the filing date of this Order, to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 19th day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　United States District Judge